381 F.3d 1219
 Lionel E. GENTRY, Petitioner-Appellant,
v.
Ernie ROE, Warden; Attorney General of the State of California, Respondents-Appellees.
 No. 00-55691.
 United States Court of Appeals, Ninth Circuit.
 Filed August 30, 2004.
 
 James H. Locklin, Deputy Federal Public Defender, Los Angeles, CA, for the petitioner-appellant.
 Shawn McGahey Webb, Deputy Attorney General of the State of California, Los Angeles, CA, for the respondents-appellees.
 Before HUG, JR., FARRIS, and SILVERMAN, Circuit Judges.
 
 ORDER
 
 1
 Based upon the Supreme Court's decision in this case, filed October 20, 2003, the judgment of the district court is affirmed, and the mandate shall issue forthwith.